**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**110 E. Court Avenue, Suite 300**
**Des Moines, Iowa 50309–9264**
**www.iasb.uscourts.gov**

In the Matter of:                                                    Case No. 12–01607–lmj13

George John Arvanitis

Mary A. Arvanitis

Debtor(s)

### <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

   As reflected by the docket text order entered today, the Court has dismissed this case with prejudice. Pursuant to Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure, notice is hereby given that this case is dismissed. The 11 U.S.C. section 109(g) bar against refiling for 180 days applies.


Date: 7/12/13

                                        Mary M. Weibel
                                        Clerk, U.S. Bankruptcy Court


Parties Served: Everyone in the Chapter Case